# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTHONY RODGERS
#66272                                                                                          PLAINTIFF

v.                                    No. 4:23-cv-00792-LPR-ERE

TIMOTHY WILSON, Officer,
Pope County Detention Center                                                           DEFENDANT

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin.[1]  No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the record in this case, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's claims regarding racial harassment and discrimination (e.g., racial slurs), as well as Officer Wilson's threat to restrict his television and telephone privileges, are DISMISSED without prejudice for failure to state a viable constitutional claim.  Additionally, Plaintiff's official capacity claims against Officer Wilson are DISMISSED without prejudice for failure to state a viable constitutional claim for relief.

IT IS SO ORDERED this 15th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 10.