IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY RODGERS**  **PLAINTIFF**
**ADC #146565**

v.   No. 4:23-CV-00792-LPR

**TIMOTHY WILSON**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of Defendant Wilson on the individual-capacity due process claim brought against him; and (2) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 19th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE